# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI SUNBURY, LLC,<br><br>　　　　Plaintiff.<br><br>　　v.<br><br>A PERMANENT EASEMENT FOR 0.1073 ACRES IN MONROE TOWNSHIP, SNYDER COUNTY, PENNSYLVANIA TAX PARCEL NO. 12-08-017<br><br>LORRAINE BLETT<br><br>RALPH L. BLETT, JR.<br><br>FIRST NATIONAL BANK OF PENNSYLVANIA<br><br>and ALL UNKNOWN OWNERS,<br><br>　　　　Defendants. | No. 3:16-CV-00791<br><br>(Judge Brann) |

## ORDER

### APRIL 24, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Exclude Defendant's Expert Report and Witness, ECF No. 70, is **DENIED**.

2. Defendant's Motion to Exclude Plaintiff's Expert Witness, ECF No. 74, is **DENIED**.

3. Defendant's Motion to Exclude Plaintiff's Lay Witnesses and Evidence, ECF No. 76, is **DENIED**.

4. Resolution of Defendant's Motion to Apply State Law, ECF No. 72, is **STAYED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge